UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
RAMON ALEXANDER,

              Plaintiff,

              -against-

WILFREDO ALMONTE, et al.,

              Defendants.

------------------------------------------------------------x

21-CV-11206 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that the parties in this case may have reached a settlement. Assuming the parties have settled, the May 11, 2022 Initial Case Management Conference ("ICMC") will be converted into a *Cheeks* hearing, if the parties consent to my jurisdiction for all purposes.[1] *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). If the parties do not consent to my jurisdiction for all purposes, the parties are directed to file their *Cheeks* submission by Friday, May 13, 2022. If the parties have not settled, the ICMC remains scheduled for May 11, 2022.

        **SO ORDERED.**

Dated: April 28, 2022
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] The consent form can be found here:
https://www.nysd.uscourts.gov/sites/default/files/practice_documents/AO%2085%20Consent%20to%20Proceed%20Before%20US%20Magistrate%20Judge.pdf.