USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/26/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ALEXANDER,

                            **Plaintiff,**

-against-

WILFREDO ALMONTE, ET AL.,

                            **Defendants.**

21-cv-11206 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's counsel's email regarding his time records. Having reviewed these records and settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

**SO ORDERED.**

**Dated**:   July 26, 2022
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            United States District Judge